## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## Western Division
## DOCKET NO. 7:11-CR-89-1BO

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT ON REMAND** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Merlin Reynel-Urbina** | ) | |
| | ) | |

On January 13, 2012, Merlin Reynel-Urbina appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Illegal Reentry After Deportation of an Aggravated Felon in violation of 8 U.S.C. §§ 1326(a) and (b)(2), was sentenced to the custody of the Bureau of Prisons for a term of 18 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 2 years upon release from imprisonment. Merlin Reynel-Urbina was released from custody and the term of supervised release commenced on October 24, 2012.

From evidence presented at the revocation hearing on January 21, 2015, the court finds as a fact that Merlin Reynel-Urbina, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Criminal conduct.
3. Leaving the judicial district without the permission of the court or probation officer.
4. Failure to report to the probation officer as directed by the court or probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked. Pursuant to the Order of Remand issued June 3, 2015, the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served.

**IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 28th day of July, 2015

Terrence W. Boyle
U.S. District Judge